**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6568**

_____

WALTER JACKSON,

                    Plaintiff - Appellant,

          v.

TUTRELL, Deputy Sheriff; FRAZER, Deputy Sheriff,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Anthony John Trenga, Senior District Judge.  (1:22-cv-01041-AJT-IDD)

_____

Submitted:  August 24, 2023                    Decided:  August 29, 2023

_____

Before QUATTLEBAUM and HEYTENS, Circuit Judges, and MOTZ, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Walter Jackson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walter Jackson appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A(b). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Jackson v. Tutrell*, No. 1:22-cv-01041-AJT-IDD (E.D. Va. filed May 17, 2023 & entered May 18, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
